425 A.2d 844

Commonwealth v. Kalman, Appellant.

616

██ Submitted June 29, 1979. Arthur L. Gutkin, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, GATES and DOWLING, JJ.*

Order affirmed.